**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

October 6, 2022

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nigel Francis**
**22 Cr 491 (NSR)**

Dear Judge Roman:

I write requesting that the Court adjourn the scheduled sentencing date of December 20, 2022, for approximately 45-60 days and to extend the disclosure dates for Probation to prepare and complete its Pre-Sentence Report (PSR).

Mr. Francis was scheduled to be interviewed by Probation during the week of October 17, 2022.  I am starting a 4-6 week trial on October 17th and will be unavailable. In addition, I am in the throes of preparation for that trial now and fully booked prior to the commencement of that trial.  Even if an interview could be conducted sooner, I will not have an opportunity to meet with Mr. Francis, review the first draft of the PSR, and prepare a sentencing memorandum, which in this case will require an inordinate amount of work given the charges and Mr. King's personal history and background.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/12/2022__

I respectfully request that the Court grant this application to extend the deadline dates for Probation to interview Mr. Francis and prepare its report and to adjourn the sentence date. If this application meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Encl.
Cc: all parties (By ECF)
    PO T. Farrence (by email)

**Deft's request to adjourn the in-person Sentencing date from Dec. 20, 2022 until Mar. 1, 2023 at 12:00 noon is GRANTED. Likewise, Probation is GRANTED leave to extend the deadline dates to interview Mr. Francis and prepare its report given the new Sentencing date. Clerk of Court is requested to terminate the motion at ECF No. 31.**
**Dated: White Plains, NY**
**          Oct. 12, 2022**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2