UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

USA

                 22 Cr. 00491-01 (NSR)

     - against -

NIGEL FRANCIS,                   ORDER ACCEPTING
                                     PLEA ALLOCUTION

               Defendant.

------------------------------------------------------X


NELSON S. ROMÁN, U.S.D.J.:

      The Court has reviewed the transcript of the plea allocution in the above-entitled case, the

charging papers, and all other pertinent parts of the record.  The Report and Recommendation of

the Honorable Paul E. Davison, United States Magistrate Judge, dated September 15, 2022, is

approved and accepted.



                                 SO ORDERED.

                                 _____
                                 Nelson S. Román
                                 United States District Judge

Dated: White Plains, NY
       November 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____11/4/2022_____