**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/18/2023__

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

April 18, 2023

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Deft's request for Dr. Kessler to provide counsel with the requested information is GRANTED. Deft. has previously executed a HIPPA authorization as represented by Defense counsel. Clerk of Court is requested to terminate the motion at ECF No. 41. Dated: White Plains, NY
April 18, 2023
SO ORDERED:
*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: **United States v. Nigel Francis**
**22 Cr 491 (NSR)**

Dear Judge Roman:

    I represent Nigel Francis, the defendant in this case. I write requesting that the Court issue an Order so that Nigel's treating psychologist can provide me with a letter detailing his diagnosis and treatment of the defendant which I will provide the Court in aid of sentencing.

    For nearly two years, Nigel has been treated by Dr. Richard Kessler to whom he was referred by Pre-Trial Services (PTS).[1] Dr. Kessler has advised me that he would gladly provide me with the requested letter, but because Nigel was referred to him through PTS, Dr. Kessler would prefer it if the Court directed him to provide counsel with the requested letter.

    Accordingly, I respectfully request that the Court "So Order" this letter directing Dr. Kessler to provide me with the requested information, which would be extremely useful in aid of sentencing.

    Thank you for your attention to and consideration in this matter.

Respectfully,

*Daniel S. Parker*
Daniel S. Parker

Cc: N. Francis

---

[1] Mr. Francis has previously executed a HIPAA release form allowing his Dr. Kessler to communicate with counsel which has occurred on multiple occasions.