MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

April 28, 2023

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nigel Francis**
**22 Cr 491 (NSR)**

Dear Judge Roman:

I write requesting that the Court adjourn the scheduled sentencing date of May 17, 2023 in this case because I am starting a trial on Tuesday, May 2, 2023, which I anticipate will go through at least the end of the month and perhaps into the first week of June.

I have spoken with AUSA Stephanie Simon, who informed me that she will be on trial in front of Your Honor from June 12-26th.

Accordingly, subject to the Court's availability, I respectfully request that the Court adjourn this sentencing to any of the following dates, which are also acceptable to the Government:

June 9, 2023, in the afternoon
June 27
June  28 in the afternoon or
June 29 in the afternoon

If none of the above dates/times are convenient for the Court, then please adjourn the sentencing to a date convenient to the Court and the parties will make themselves available.

Thank you for your consideration in this matter.

**Deft's request to adjourn the in-person Sentencing from May 17, 2023 until June 9, 2023 at 2:15 pm is GRANTED without objection by the Gov't.  Clerk of Court is requested to terminate the motion at ECF No. 43.**

1

SO ORDERED:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2023

Dated: White Plains, NY
April 28, 2023

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc: all parties (By ECF)