UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NIGEL FRANCIS,

Defendant.

22 CR 491 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Sentencing for the above Defendant is rescheduled from June 9, 2023 until July 13, 2023 at 10:00 am in Courtroom 218.**

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and in an effort to minimize the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated: May 11, 2023
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2023