**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  
MICHAEL CARMODY

TELEPHONE: (212) 239-9777  
FACSIMILE:  (212) 239-9175  
DanielParker@aol.com

June 27, 2023

**By ECF and email**  
Hon. Nelson S. Roman  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re: **United States v. Nigel Francis**  
**22 Cr 491 (NSR)**

Dear Judge Roman:

    I write with the consent of the Government to adjourn the sentencing of Mr. Francis scheduled for July 13, 2023.  I request the Court adjourn sentencing for approximately 60 days.

    I was fully prepared to go forward with the sentencing hearing until just a few days ago when I was informed by treating doctors retained by counsel to provide an assessment of Mr. Francis that they have changed their diagnosis of him and now believe he is schizophrenic. This most recent diagnosis, for which I am awaiting a written report, is information which may not only affect counsel's sentencing recommendation, but it is information we intend to share with the Government for its consideration.

    I have spoken with AUSA Stephanie Simon and the Government consents to this request for an adjournment.

    Accordingly, I respectfully request that the Cour adjourn the sentencing scheduled for July 13, 2023, for at least 60 days to a date convenient to the Court.  Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (by ECF and email)

---

**Deft's request to adjourn the in-person Sentencing from July 13, 2023 until Sept. 13, 2023 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 46.**
**Dated: White Plains, NY**
**June 28, 2023**

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED:  **6/28/2023**