**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                                                       TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                  FACSIMILE:  (212) 239-9175
                                                                                                        DanielParker@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2023

October 25, 2023

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Deft's request to adjourn the in-person Sentencing, agreed to by the Gov't, from Nov. 14, 2023 until Jan. 25, 2024 at 10:45 am (the Court's next available date) is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 50.
Dated: White Plains, NY
Oct. 26, 2023
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: **United States v. Nigel Francis**
**22 Cr 491 (NSR)**

Dear Judge Roman:

      I write with the consent of the Government, requesting that the Court adjourn the sentencing of Mr. Francis scheduled for November 14, 2023, for approximately 60 days. I am available at the Court's convenience any day in January 2024, other than January 6ᵗʰ.

      A few weeks ago, I met with prosecutors in the United States Attorney's office including the Chief of the Criminal Division and asked the Government to reassess its position in this case. Almost immediately thereafter, AUSA Stephanie Simon, the lead prosecutor in this case, commenced a trial before Your Honor. At counsel's request, the Government is now in the process of speaking with medical personnel who have been treating Mr. Francis so that it can gather further information. Because the Government has not had sufficient time to complete its reassessment and because my sentencing memorandum would otherwise be due within a few days, the Government has agreed to my request to adjourn the sentencing.

      I am unavailable in November and early December because I am having surgery and will be unable to travel. AUSA Simon is commencing another trial in early December which may last a few weeks.

      Accordingly, I respectfully request that the Court adjourn this matter to a date in January, 2024. Once again, AUSA Simon does not oppose this application. Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (by ECF and email)