**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  
MICHAEL CARMODY

TELEPHONE: (212) 239-9777  
FACSIMILE: (212) 239-9175  
DanielParker@aol.com

March 19, 2024

**By ECF and email**  
Hon. Nelson S. Roman  
United States District Judge  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

Re: **United States v. Nigel Francis**  
**22 Cr 491 (NSR)**

Dear Judge Roman:

I write with the consent of the Government, requesting that the Court adjourn the sentencing of Mr. Francis scheduled for April 3, 2024, for approximately 60 days.

I have conferred with AUSA Stephanie Simon and the Government is still evaluating counsel's request regarding an alternative disposition.

Accordingly, I respectfully request that the Court adjourn this matter to a date in or about June, 2024.

Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (by ECF and email)

**Deft.'s request to adjourn the in-person Sentencing from Apr. 3, 2024 to June 20, 2024 at 9:45 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 54.**  
**Dated: White Plains, NY**  
**March 19, 2024**

SO ORDERED:

HON. NELSON S. ROMAN  
UNITED STATES DISTRICT JUDGE

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 03/19/2024