MEMO ENDORSED

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33ʳᴰ STREET
6ᵀᴴ FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

May 15, 2024

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Nigel Francis**
**22 Cr 491 (NSR)**

Dear Judge Roman:

I write with the consent of the Government, requesting that the Court adjourn the sentencing of Mr. Francis scheduled for June 20, 2024, to a date after July 29, 2024.

AUSA Stephanie Simon is unavailable on the current date and the Government is also in the process of providing me with certain relevant information for sentencing. In addition, a mitigation expert retained by the defense requires additional time to prepare a report.

Accordingly, I respectfully request that the Court adjourn this matter to a date in or about early August or mid-September.  I will be out of town from August 18 through September 10th.

Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (by ECF and email)

**Deft's request to adjourn the Sentencing from June 20, 2024 until Sept. 20, 2024 at 11:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 56.**
**Dated: White Plains, NY**
**      May 15, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___05/15/2024___