**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER  TELEPHONE: (212) 239-9777
MICHAEL CARMODY  FACSIMILE: (212) 239-9175
DanielParker@aol.com

August 19, 2024

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Nigel Francis</u>
22 Cr 491 (NSR)

Dear Judge Roman:

I write with the consent of the Government, requesting that the Court adjourn the sentencing of Mr. Francis scheduled for September 20, 2024, to a date in early December. I have conferred with AUSA Stephanie Simon who does not object to this request.

The reason for the request is that a mitigation expert retained by the defense requires additional time to prepare a report.

I will be on trial for approximately two weeks commencing on November 4, 2024 and in the midst of preparation in the weeks before that.

Accordingly, I respectfully request that the Court adjourn this matter to a date in or about early December.

Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (by ECF and email)

> Deft's request to adjourn the Sentencing from Sept. 20, 2024 until Dec. 3, 2024 at 11:00 am is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 58.
> Dated: White Plains, NY
> August 28, 2024
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/28/2024