UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NIGEL FRANCIS,

Defendant.

22 CR 491-01 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled from January 17, 2025 until January 28, 2025 at 2:30 pm, without objection by the parties, in Courtroom 218.**

SO ORDERED.

Dated:  January 15, 2025
        White Plains, New York

NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025