**MEMO ENDORSED**



**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
DanielParker@aol.com

February 4. 2025

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Nigel Francis</u>
22 Cr 491 (NSR)

Dear Judge Roman:

I write requesting that the Court authorize the return of Mr. Francis' Jamaican passport to him. I have conferred with the Government who advised me that it defers to Probation and I have spoken with Probation who does not object.

Mr. Francis needs his passport back because he has no other form of identification.

If this application meets with the Court's approval, then I respectfully request that you "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor

**Deft's request to have his Jamaican passport returned to him is GRANTED. The Gov't defers to Probation and Probation does not object. Clerk of Court is requested to terminate the motion at ECF No. 65.**
**Dated: White Plains, NY**
      **February 6, 2025**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

1

                                                  New York, NY 10016
                                                  917-670-7622
                                                  DanielParker@aol.com

Cc: all parties (By ECF)